UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AISHA FORKS,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 26-cv-03756-LJC

**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED**

On May 20, 2026, the Court authorized the U.S. Marshal to serve process on Defendant Experian Information Solutions, Inc. pursuant to 28 U.S.C. § 1915(d). ECF No. 6. Summons was returned executed on June 3, 2026, indicating that Experian's agent for service of process CT Corporation System was served on June 1, 2026. ECF No. 10. Experian's deadline to answer or otherwise respond to the Complaint was therefore June 22, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and Experian has not appeared, answered or otherwise responded.

Experian is therefore ORDERED TO SHOW CAUSE why its default should not be entered, by filing a response to this Order and an appropriate response to the Complaint no later than July 30, 2026. The Clerk is directed to mail courtesy copies of this Order to Experian at the following addresses, which are the address listed for service of process and another corporate address that (in addition to that address) is also on file with the California Secretary of State:

Experian Information Solutions Inc.
C/O CT Corporation System
330 N. Brand Blvd. Suite 700
Glendale, CA 91203

Experian Information Solutions, Inc.
475 Anton Blvd.
Costa Mesa, CA 92626

United States District Court
Northern District of California

United States District Court
Northern District of California

The case management conference previously set for July 30, 2026 is CONTINUED to October 1, 2026 at 1:30 PM, to occur by Zoom webinar videoconference. Access instructions are available at https://cand.uscourts.gov/ljc/. The parties shall file a joint case management statement or separate case management statements no later than September 24, 2026.

**IT IS SO ORDERED.**

Dated: July 16, 2026

LISA J. CISNEROS
United States Magistrate Judge