United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISHA FORKS,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 26-cv-03756-LJC<br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 12 |

The Court previously ordered Defendant Experian Information Solutions, Inc. to show cause why its default should not be entered for failure to answer or otherwise respond to Plaintiff Aisha Forks's Complaint. ECF No. 12. Defendant has now appeared, filed an Answer (ECF No. 13), and filed a response explaining that its counsel lost track of the response deadline during a large-scale transition of work between law firms (ECF No. 14). Taking into account the lack of any apparent prejudice to Plaintiff from the delay, the Court finds sufficient cause to accept Defendant's belated Answer to the Complaint. The Order to Show Cause is hereby DISCHARGED, and the parties shall proceed to litigate or otherwise resolve this case.

**IT IS SO ORDERED.**

Dated: August 11, 2026

LISA J. CISNEROS
United States Magistrate Judge